**Jimmy Shane CANTRELL, Appellant,**

v.

**REED, Warden, Cummins Unit, ADC; John Does, Official responsible for housing assignments, Cummins Unit, ADC; James Byers, Hearing Officer, Cummins Unit, ADC; James Gibson, Hearing Officer, Cummins Unit, ADC; Kim Luckett, Assistant Warden, Cummins Unit, ADC; Larry Norris, Director, Arkansas Department of Correction; Evans, Warden, Maximum Security Unit, Arkansas Department of Correction; C. Woods, Classification Officer, Arkansas Department of Correction; R. Hobbs, Assistant Director, Arkansas Department of Correction; Davis, Captain,**

---

Arkansas Department of Correction; G. Lay, Warden, Cummins Unit, Arkansas Department of Correction, Appellees.

No. 04–2622.

United States Court of Appeals, Eighth Circuit.

Submitted March 7, 2005.

Decided March 11, 2005.

Jimmy Shane Cantrell, Grady, AR, pro se.

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Arkansas inmate Jimmy Shane Cantrell appeals the district court's[1] pre-service dismissal without prejudice of his 42 U.S.C. § 1983 complaint for failure to exhaust his administrative remedies. We hold dismissal was proper because Mr. Cantrell failed to allege he exhausted his administrative remedies as to his retaliation claim against Director Norris, his claim against Captain Davis, his claim regarding improper inmate classification, and his claim regarding his loss of protective custody status. *See Kozohorsky v. Harmon,* 332 F.3d 1141, 1143 (8th Cir.2003) (where multiple prison-conditions claims are brought, administrative remedies must have been exhausted as to all claims).

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.